Cardillo & Corbett
Attorneys for Plaintiff
WEST LINE SHIPPING CO., LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

08 CV 3498

JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WEST LINE SHIPPING CO., LTD.,

                Plaintiff,

     -against-

HANGZHOU SANZE IMPORT & EXPORT
CO., LTD., a/k/a HANGZHOU SANZE
I/E CO., LTD.,

                Defendant.
------------------------------------x

[Stamp: RECEIVED APR 10 2008 ECF U.S.D.C. S.D.N.Y. CASHIERS]

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, WEST LINE SHIPPING CO., LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
          April 10, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff
                              WEST LINE SHIPPING CO., LTD.

               By:   _/s/ Tulio R. Prieto_____
                         Tulio R. Prieto (TP-8455)