UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
WEST LINE SHIPPING CO., LTD.,            :
                                         :
                    Plaintiff,           :   ECF
                                         :   ORDER APPOINTING
       -against-                         :   PERSON TO SERVE
                                         :   PROCESS
                                         :   08 Civ. 3498 (PKL)
HANGZHOU SANZE IMPORT & EXPORT           :
CO., LTD., a/k/a HANGZHOU SANZE          :
I/E CO., LTD.,                           :
                                         :
                    Defendant.           :
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04-10-08

       Upon motion of the Plaintiff for an order appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

       Upon reading the Affidavit of Tulio R. Prieto, sworn to April 10, 2008, and good cause having been shown,

       IT IS ORDERED that Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
       April 10, 2008

                                         _____
                                         United State District Judge